JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PARTIES FANTASTIC, LLC, a California Limited Liability Company; and VIRGINIA LOVELACE, an individual,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.: 2:19-cv-05747 FMO (MAAx)<br><br>**ORDER ON STIPULATION AND JOINT MOTION FOR ENTRY OF JUDGMENT ON COMPLAINT AND DISMISSAL WITH PREJUDICE OF COUNTERCLAIM**<br><br>**[Pursuant to F.R.C.P., Rule 41(a)(A)(ii)]** |

　　　Given the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court orders the following:

　　　(1) Declaratory Judgment shall be entered in favor of Penn-Star Insurance Company and against Parties Fantastic, LLC on the complaint of Penn-Star Insurance Company in this matter.

　　　(2) The Counterclaim of Parties Fantastic, LLC, Sandra Walker, and Eric Hasenfang, including all causes of action therein, shall be dismissed with prejudice against all parties.

1    (3) Each party to bear its own fees and costs.

2  **IT IS SO ORDERED**.

3  Dated:  September 11, 2020                               /s/
4                                                      Honorable Fernando M. Olguin
5                                                      United States District Court Judge